# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 24, 2014

148915 & (27)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

DEANGELO REYNOLDS a/k/a DEANGELO
T. REYNOLDS a/k/a DEANGELO
THOPHILIS REYNOLDS,
     Defendant-Appellant.

SC: 148915
COA: 317424
Wayne CC: 12-000432-FC

_____/

On order of the Court, the application for leave to appeal the January 21, 2014 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion to remand is DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 24, 2014



Clerk

t0616